UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

CASE NO.: 4:11-cr-00063-FL-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | ORDER GRANTING |
| v. | ) | MOTION TO SEAL |
| | ) | |
| WILLIAM JOSEPH LOVE, | ) | |
|     Defendant | ) | |

This matter is before the Court on Defendant's Motion to Seal, requesting that his Motion to Continue Sentencing be filed under seal.

FOR GOOD CAUSE SHOWN, the Motion is allowed and the Clerk is directed to file under seal said motion.

This 3rd day of July, 2012.

_____
DISTRICT COURT JUDGE